## (April 19, 1948.)

MARK J. GAYN, Respondent, v. NEWS SYNDICATE CO., INC., et al., Appellants, et al., Defendants.— Order, so far as appealed from, striking out the complete defense unanimously reversed, with $20 costs and disbursements to

the appellants, and the motion in all respects denied (*Gayn* v. *New York World-Telegram Corp.*, 272 App. Div. 812). Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.